Gianni Versace, S.p.A. v. XIE JI PING, et al.
Case No. 18-cv-07578

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Xie Ji Ping | 2 | Xie Ji Ping (2) |
| 3 | Xie Ji Ping (3) | 4 | yutsiscenter.com |
| 5 | yourhealthzone.org | 6 | Yasmin Barlow |
| 7 | yaolong he | 8 | yahoolacherokeemuseum.com |
| 9 | xue ya wei | 10 | xiao bin |
| 11 | Woodrow Aldrich | 12 | wmiycocreate.com |
| 13 | William Schultz | 14 | weltyforschoolboard.com |
| 15 | wellthatisjustfabulous.com | 16 | vmcomponents.com |
| 17 | versairt.xyz | 18 | versaceshops.xyz |
| 19 | versaceindirim.com | 20 | veles-kemer.com |
| 21 | underwater-arts.com | 22 | tverstroydom.com |
| 23 | transgruasrmarquez.com | 24 | tovipshop.com |
| 25 | topshopss.club | 26 | topkickss.net |
| 27 | theoneandonlyalexander.com | 28 | Terry Reid |
| 29 | technicalservicerichter.com | 30 | tajske-masaze.mobi |
| 31 | Sybil Lehn | 32 | suncani-most.com |
| 33 | storevibram.com | 34 | squawkglobal.com |
| 35 | solylunabirmingham.com | 36 | smoothierecipes.mobi |
| 37 | shubhamhall.com | 38 | Shirley Connell |
| 39 | servihouse.co | 40 | seakaa.org |
| 41 | sbfproject.com | 42 | savagetaxlegal.com |
| 43 | sandhas-heizung.com | 44 | Ruth Skillman |
| 45 | rudrakshorg.org | 46 | rssewingsolutions.com |
| 47 | replicateam.com | 48 | replicashopsure.com |
| 49 | replicabagsales.com | 50 | premierdigitalpresence.com |
| 51 | pregnancyproject-ny.org | 52 | pokettomedia.com |
| 53 | piotrdomagala.com | 54 | piefactoryriverview.com |
| 55 | phonePrideworldwide.com | 56 | philippabayliss.com |
| 57 | Patricia Rush | 58 | parkettjob.org |
| 59 | paguetout.com | 60 | osegredodoemagrecimento.com |
| 61 | Oscar Melton | 62 | onlyhandbagsreplica.com |
| 63 | nzrexport.com | 64 | nyikafoodtrust.org |
| 65 | npcpanama.com | 66 | ninnikuranounavi.com |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 67 | nicole david | 68 | Nicole Bierende |
| 69 | Nedra Lucy | 70 | nadirshahariar.com |
| 71 | my7tips.com | 72 | muhammedbozdag.org |
| 73 | Misty Diaz | 74 | mipahs.org |
| 75 | Michael Patterson | 76 | mertceuic.org |
| 77 | medicalcareernews.com | 78 | maisonderevebenin.com |
| 79 | mafiagames.org | 80 | maddogsbishop.com |
| 81 | macdanzigphotography.com | 82 | ls-jbones.com |
| 83 | liu xuemei | 84 | limonbahcemiz.com |
| 85 | lickylatex.com | 86 | Laura Copeland |
| 87 | lakefinancenews.com | 88 | lahainaumc.org |
| 89 | lacasadegrund.com | 90 | kumarprints.com |
| 91 | kttihs.com | 92 | Kristy Jean |
| 93 | kristinamaddenmedia.com | 94 | koolcelebs.com |
| 95 | kojima-web.com | 96 | kkvalves.com |
| 97 | kjhgvj.club | 98 | kissreplicafashion.com |
| 99 | kingofnowhere.co | 100 | kellerhalspc.com |
| 101 | keeponlovinglife.com | 102 | joygrassservices.com |
| 103 | jojosvegankitchen.com | 104 | jnjspeedshop.com |
| 105 | jazzdoga.com | 106 | izmirtesisatci.org |
| 107 | izbilfu.com | 108 | isguvenligibizde.com |
| 109 | Inez Gallegos | 110 | indovisiondepok.com |
| 111 | indirplay.com | 112 | inbangmau.com |
| 113 | ijp-pij.org | 114 | iaswgpennchapter.com |
| 115 | iamnohero.com | 116 | Hope Capp |
| 117 | Honey honey | 118 | helloshelly.com |
| 119 | guessthelogo.org | 120 | gslegalconsult.com |
| 121 | goodreplicamarket.com | 122 | gogoyeezy.net |
| 123 | go2tennisladder.com | 124 | giulianacucinelli.com |
| 125 | giftainment.com | 126 | gastonclub.com |
| 127 | gammaphiboston.com | 128 | futureofsalesisnow.com |
| 129 | freewordmin.com | 130 | frackthemovie.com |
| 131 | formacionyoficios.com | 132 | fmtphotoart.com |
| 133 | flashbannerstemplate.com | 134 | fineartdreams.net |
| 135 | fashionoutnet.com | 136 | fashionbagseason.com |
| 137 | fakel-podolsk.com | 138 | evreux-info.org |
| 139 | emrahcapar.com | 140 | elsowingseeds.com |
| 141 | Elmo Fields | 142 | elhammraeco-lodge.com |
| 143 | elasticpavements.com | 144 | eficienciaenergeticainmonorte.com |
| 145 | dreamsofawanderess.com | 146 | dos-angeles-filmproduction.com |

2

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 147 | donizfotografos.com | 148 | Dolores Elliott |
| 149 | djverseatile.com | 150 | djmehmetaslan.com |
| 151 | diversityhoteles.com | 152 | divat2018.com |
| 153 | directmensb.com | 154 | dhkerby.com |
| 155 | devscraft.com | 156 | devonchannelranger.org |
| 157 | designaftab.com | 158 | dayoutmerced.com |
| 159 | davidpdrsn.com | 160 | dateselfiegirls.com |
| 161 | Darrin Lee | 162 | darienlakeonline.com |
| 163 | danieljarviegolf.com | 164 | da-electrical.com |
| 165 | Cynthia Brooks | 166 | ctnara.com |
| 167 | creatship.com | 168 | craigeastmanphoto.com |
| 169 | craigcliffordart.com | 170 | countyhomeinspectionblog.com |
| 171 | countrygirlquilting.com | 172 | coolagainman.com |
| 173 | conexionesinternacional.com | 174 | concertflasks.com |
| 175 | comamornolar.com | 176 | clusterheads.org |
| 177 | clubtriatloncidadedelugofluvial.org | 178 | Clarence Tate |
| 179 | Chris Kelm | 180 | chefabigale.com |
| 181 | cheap777.com | 182 | chaletstu.com |
| 183 | cavegirlstuff.com | 184 | cavdaroglusondaj.com |
| 185 | canadapharmnem.com | 186 | canada123annonces.com |
| 187 | campfirejukebox.com | 188 | campadventuremuncie.org |
| 189 | buymyhousenow.org | 190 | buffalorivertheater.com |
| 191 | boothdentallab.com | 192 | blackcreekbistrohartsville.com |
| 193 | bisnismix.com | 194 | bestreplicasever.co |
| 195 | bestinmyanmar.com | 196 | bestcampingchecklist.com |
| 197 | beelinelive.com | 198 | basketbolmalzemeleri.com |
| 199 | basiclinuxhosting.com | 200 | basames.shop |
| 201 | Barb Garrett | 202 | bailarinasperu.com |
| 203 | assegurances-alta-anoia.com | 204 | aslongasyourehere.com |
| 205 | arriendosvillarrica.com | 206 | applianceinstallpros.com |
| 207 | annsechtaibi.com | 208 | Ann Thomas |
| 209 | anbauwand.org | 210 | alpha-b-drapeaux.com |
| 211 | alicelaurisonsports.com | 212 | alakitchenmarkham.com |
| 213 | agonzalezart.com | 214 | agentelomerespray.com |
| 215 | aganpulsa.com | 216 | af1shoes.com |
| 217 | adefplus-rochefort.com | 218 | adamcorns.com |
| 219 | 79level.com | 220 | 3dwallcovering.com |
| 221 | 37blueberrylake.com | 222 | 1800houseantiques.com |
| 223 | Amor's Gift Store | 224 | CC&SS Store |
| 225 | Charmcci Official Store | 226 | ChenRong Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 227 | Dream 4 Ever Store | 228 | DREAMY Apparel Store |
| 229 | EISHI Store | 230 | EXYNLON We are together Store |
| 231 | Feiterawn Official Store | 232 | GQTorch Jewelry Store |
| 233 | GuangZhouDress Store | 234 | H&D African Clothes Store |
| 235 | H&D rich Bazin store | 236 | HangZhou Manxia Fur Coat Store |
| 237 | Hooyi Top1 Store | 238 | ILYBOOJUN Store |
| 239 | Jeaw Linda Store | 240 | Jewelries Dancing Store |
| 241 | Kinnier Store | 242 | LARCI Store |
| 243 | LIIP Liip Store | 244 | LK Fashion |
| 245 | Lucy Women Clothes Store | 246 | Mipa Speciality Store |
| 247 | MVVJKE Footwear Store | 248 | RUVOE Official Store |
| 249 | ShenZhen Runway Store | 250 | Shine Lives Store |
| 251 | Shop4445004 Store | 252 | Shop600416 Store |
| 253 | Small Jewelry For Women Store | 254 | super international women clothes |
| 255 | syona trend women clothes Store | 256 | TAI HE CHANG 2 Store |
| 257 | TAI HE CHANG Store | 258 | TONGMAO Men's Store |
| 259 | Town of Timepieces Store | 260 | Wild J-ewelry Store |
| 261 | Wind is a HUG. Store | 262 | WLP Official Store |
| 263 | Women's Runway Designer Dresses Store | 264 | Xbeauty |
| 265 | XF CATWOMAN Store | 266 | ZARACHIEL Store |
| 267 | ZHONGYIJIATIMELY weship Store | 268 | Poem&Future Store |
| 269 | 11. 11 Factory Store Store | 270 | Amezaiku Store |
| 271 | BAMS FASHION | 272 | Banulin Official Store |
| 273 | bdx Official Store | 274 | Beautyswag Store |
| 275 | BEYARNE Footwear Store | 276 | Blucome GZguangdong Store |
| 277 | BORISOVICH Official Store | 278 | Business integrity of the world Store |
| 279 | By Megyn Women's Apparel | 280 | DAIPYA Store |
| 281 | Europe Designer's Fashion Wardrobe Store | 282 | EVOCUST Official Store |
| 283 | FK Jewelry Factory Store | 284 | Good products Store |
| 285 | HaoXiXi Store | 286 | Hiphoppie Store |
| 287 | Houbianjewelry Store | 288 | HOVINGE Footwear Store |
| 289 | HOWL LOFTY2 Store | 290 | ilovegirl Unique Store |
| 291 | JUJIE Official Store | 292 | Keep Beautiful & Carry On Store |
| 293 | Kerryvaly Apparel Store | 294 | LIANG YI APPARELL Store |
| 295 | LOYE Store | 296 | LUZILIAN Store |
| 297 | New Quality Mens Store | 298 | Night Pearl |
| 299 | rongho Official Store | 300 | Sally's Fashion Store |
| 301 | sanhe 888 Store | 302 | Sexy Lingerie For You Store |
| 303 | Shop3248018 Store | 304 | Shop3623006 Store |
| 305 | Shop3623075 Store | 306 | Shop3904035 Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 307 | Shop4388032 Store | 308 | Shop4392041 Store |
| 309 | Shop4437028 Store | 310 | SinceThen Store |
| 311 | SLENT Store | 312 | Sunnytown |
| 313 | Unique Trendy Store | 314 | VAKAUP Store |
| 315 | Verhellen Store | 316 | Vodka Favorites Store |
| 317 | wholesale factory store | 318 | XIA YAN Xia Yan Store |
| 319 | YAERNI Official Store | 320 | yang huan yu Store |
| 321 | yimingwei-jewelry Store | 322 | yunting Clothes & Apparel Store |
| 323 | ZeJinLong Store | 324 | ZUZK Store |
| 325 | zxcv Store | 326 | bcjg9232 |
| 327 | bestsell1688 | 328 | deltaunitly |
| 329 | fashionlucky2018 | 330 | hot3366 |
| 331 | junyanshop1 | 332 | kungeshop_5 |
| 333 | newallen666 | 334 | shwonl1874 |
| 335 | sweetgirlye | 336 | topstore666 |
| 337 | win_pearl | 338 | yibeitrade |
| 339 | zhaoch2013 | 340 | hellofriend_8 |
| 341 | bingwang119 | 342 | cvngfthtrrj658 |
| 343 | fty08sr | 344 | gounianwangwang999 |
| 345 | lianjue | 346 | linge16888 |
| 347 | lv1638 | 348 | pbnpbn369 |
| 349 | 17trade | 350 | 3A-MALL |
| 351 | Angel room | 352 | Buckle |
| 353 | chengbin666 | 354 | chengxiaoyan |
| 355 | cyhnewshop | 356 | dongdongyou |
| 357 | Dream Youth Shop | 358 | Eagle |
| 359 | edisonlovegod | 360 | godisdesign |
| 361 | Guangzhou ZYuan Ltd | 362 | Happy day man |
| 363 | hicork international | 364 | HUYAWEN |
| 365 | jewelry | 366 | jiachi |
| 367 | Jinji | 368 | JLYSHOP |
| 369 | kj | 370 | kuang1002 |
| 371 | liguigu fashion | 372 | Lijun zhang |
| 373 | lishanxing | 374 | little elephant |
| 375 | lovemeto | 376 | Men Hot Sell Hoodies |
| 377 | micky | 378 | Moore |
| 379 | Ningbo Jamick Clothing Company | 380 | Old John Store |
| 381 | pet shopping | 382 | Romantic |
| 383 | Scarlett666house | 384 | Shenzhen OBM Technology Co., Ltd |

Case: 1:18-cv-07578 Document #: 11-2 Filed: 11/20/18 Page 5 of 11 PageID #:297

| No. | Defendant Name / Alias |
|---|---|
| 385 | shenzhenshihengmeihuishiyeyouxiangongsi |
| 387 | sunnylink |
| 389 | Xin Lead Fashion |
| 391 | yishan |
| 393 | You Bao Foreign Trade co., LTD. |
| 395 | zhoumohappy |

| No. | Defendant Name / Alias |
|---|---|
| 386 | snaiainjuan |
| 388 | U Cattle Forced |
| 390 | yangcui fashion |
| 392 | yiwushijiaruidianzishangwushangxing |
| 394 | Z&L |
| | |

| No. | Defendant Marketplace URL |
|---|---|
| 1 | aliexpress.com/store/3246116 |
| 3 | aliexpress.com/store/3325002 |
| 5 | aliexpress.com/store/1197248 |
| 7 | aliexpress.com/store/3380022 |
| 9 | aliexpress.com/store/2467028 |
| 11 | aliexpress.com/store/2957234 |
| 13 | aliexpress.com/store/1847452 |
| 15 | aliexpress.com/store/201380 |
| 17 | aliexpress.com/store/2665014 |
| 19 | aliexpress.com/store/1912500 |
| 21 | aliexpress.com/store/4278015 |
| 23 | aliexpress.com/store/3659091 |
| 25 | aliexpress.com/store/3268015 |
| 27 | aliexpress.com/store/2961167 |
| 29 | aliexpress.com/store/4445004 |
| 31 | aliexpress.com/store/2632039 |
| 33 | aliexpress.com/store/4241001 |
| 35 | aliexpress.com/store/2314001 |
| 37 | aliexpress.com/store/1351112 |
| 39 | aliexpress.com/store/3145046 |
| 41 | aliexpress.com/store/617329 |
| 43 | aliexpress.com/store/3207072 |
| 45 | aliexpress.com/store/3628054 |
| 47 | aliexpress.com/store/2493008 |
| 49 | aliexpress.com/store/1870049 |
| 51 | aliexpress.com/store/4433079 |
| 53 | aliexpress.com/store/526527 |
| 55 | aliexpress.com/store/421403 |
| 57 | aliexpress.com/store/2295107 |

| No. | Defendant Marketplace URL |
|---|---|
| 2 | aliexpress.com/store/1738235 |
| 4 | aliexpress.com/store/605587 |
| 6 | aliexpress.com/store/3329004 |
| 8 | aliexpress.com/store/3274020 |
| 10 | aliexpress.com/store/431252 |
| 12 | aliexpress.com/store/1944332 |
| 14 | aliexpress.com/store/1824238 |
| 16 | aliexpress.com/store/609807 |
| 18 | aliexpress.com/store/3155042 |
| 20 | aliexpress.com/store/3990004 |
| 22 | aliexpress.com/store/518048 |
| 24 | aliexpress.com/store/2967003 |
| 26 | aliexpress.com/store/2804138 |
| 28 | aliexpress.com/store/2979026 |
| 30 | aliexpress.com/store/600416 |
| 32 | aliexpress.com/store/637835 |
| 34 | aliexpress.com/store/4275026 |
| 36 | aliexpress.com/store/2348111 |
| 38 | aliexpress.com/store/3270008 |
| 40 | aliexpress.com/store/3253010 |
| 42 | aliexpress.com/store/706553 |
| 44 | aliexpress.com/store/3086080 |
| 46 | aliexpress.com/store/405628 |
| 48 | aliexpress.com/store/2841089 |
| 50 | aliexpress.com/store/3518041 |
| 52 | aliexpress.com/store/4431101 |
| 54 | aliexpress.com/store/1316007 |
| 56 | aliexpress.com/store/1504538 |
| 58 | aliexpress.com/store/1470305 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 59 | aliexpress.com/store/4266020 | 60 | aliexpress.com/store/1959869 |
| 61 | aliexpress.com/store/2001125 | 62 | aliexpress.com/store/1982100 |
| 63 | aliexpress.com/store/2970046 | 64 | aliexpress.com/store/2128101 |
| 65 | aliexpress.com/store/2962003 | 66 | aliexpress.com/store/3617025 |
| 67 | aliexpress.com/store/3512057 | 68 | aliexpress.com/store/4274013 |
| 69 | aliexpress.com/store/2298042 | 70 | aliexpress.com/store/2808091 |
| 71 | aliexpress.com/store/226047 | 72 | aliexpress.com/store/3670043 |
| 73 | aliexpress.com/store/420408 | 74 | aliexpress.com/store/1303544 |
| 75 | aliexpress.com/store/3910013 | 76 | aliexpress.com/store/1271035 |
| 77 | aliexpress.com/store/216326 | 78 | aliexpress.com/store/1987489 |
| 79 | aliexpress.com/store/1769059 | 80 | aliexpress.com/store/4420206 |
| 81 | aliexpress.com/store/3248018 | 82 | aliexpress.com/store/3623006 |
| 83 | aliexpress.com/store/3623075 | 84 | aliexpress.com/store/3904035 |
| 85 | aliexpress.com/store/4388032 | 86 | aliexpress.com/store/4392041 |
| 87 | aliexpress.com/store/4437028 | 88 | aliexpress.com/store/4384098 |
| 89 | aliexpress.com/store/3676063 | 90 | aliexpress.com/store/812352 |
| 91 | aliexpress.com/store/820943 | 92 | aliexpress.com/store/2424002 |
| 93 | aliexpress.com/store/900194001 | 94 | aliexpress.com/store/2623050 |
| 95 | aliexpress.com/store/132867 | 96 | aliexpress.com/store/4411010 |
| 97 | aliexpress.com/store/424087 | 98 | aliexpress.com/store/625818 |
| 99 | aliexpress.com/store/2030083 | 100 | aliexpress.com/store/1538232 |
| 101 | aliexpress.com/store/4473023 | 102 | aliexpress.com/store/410092 |
| 103 | aliexpress.com/store/3377013 | 104 | ebay.com/usr/bcjg9232 |
| 105 | ebay.com/usr/bestsell1688 | 106 | ebay.com/usr/deltaunitly |
| 107 | ebay.com/usr/fashionlucky2018 | 108 | ebay.com/usr/hot3366 |
| 109 | ebay.com/usr/junyanshop1 | 110 | ebay.com/usr/kungeshop_5 |
| 111 | ebay.com/usr/newallen666 | 112 | ebay.com/usr/shwonl1874 |
| 113 | ebay.com/usr/sweetgirlye | 114 | ebay.com/usr/topstore666 |
| 115 | ebay.com/usr/win_pearl | 116 | ebay.com/usr/yibeitrade |
| 117 | ebay.com/usr/zhaoch2013 | 118 | ebay.com/usr/hellofriend_8 |
| 119 | ioffer.com/selling/bingwang119 | 120 | ioffer.com/selling/cvngfthtrrj658 |
| 121 | ioffer.com/selling/fty08sr | 122 | ioffer.com/selling/gounianwangwang999 |
| 123 | ioffer.com/selling/lianjue | 124 | ioffer.com/buyers/orders/97675534 |
| 125 | ioffer.com/selling/lv1638 | 126 | ioffer.com/selling/pbnpbn369 |
| 127 | wish.com/merchant/54f7213065401d68341db7a3 | 128 | wish.com/merchant/56c30b4d8bd26e114a49354d |
| 129 | wish.com/merchant/5386dd3fb9ee841fe3c9b0dd | 130 | wish.com/merchant/5915ac8fbb57335ce91c3656 |
| 131 | wish.com/merchant/5aeec165f0b75f0fb9bd61fb | 132 | wish.com/merchant/58a7ebff370a2b505388cd3f |

7

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 133 | wish.com/merchant/58ccd3de7d1bb051b7fe188c | 134 | wish.com/merchant/5677fa868bccb126ceb636d6 |
| 135 | wish.com/merchant/542a554d7541ce055c7a82ff | 136 | wish.com/merchant/56a33081517efe0dfdedd9cd |
| 137 | wish.com/merchant/569b30de5444a70db6bf9bcc | 138 | wish.com/merchant/55eedd99dce8754264842552 |
| 139 | wish.com/merchant/55bb38ce9c1b2d4209375992 | 140 | wish.com/merchant/5874f663838c484d5fbf3349 |
| 141 | wish.com/merchant/5518b6fbc643090fb0596554 | 142 | wish.com/merchant/5b651c9b380474471bd978ab |
| 143 | wish.com/merchant/53a92e58ff4d6d618e7b57bb | 144 | wish.com/merchant/570b3c364716bc58e25999e4 |
| 145 | wish.com/merchant/55eafb9eb3ad37422ea9873d | 146 | wish.com/merchant/59479e950dcf82371f4dda99 |
| 147 | wish.com/merchant/5656526fb4f020129bff85d3 | 148 | wish.com/merchant/5ad743b79c15ff0cc4ea70ac |
| 149 | wish.com/merchant/54200d679719cd3d458a5519 | 150 | wish.com/merchant/5acfe3329722334c928c80cb |
| 151 | wish.com/merchant/5b235e7443b3b67671a67f31 | 152 | wish.com/merchant/5affe43dcfb44a73e1488703 |
| 153 | wish.com/merchant/594d4ef27c64947114af0531 | 154 | wish.com/merchant/55c448ef8df7ab422c949ac8 |
| 155 | wish.com/merchant/5391721471795121b22928d1 | 156 | wish.com/merchant/56025bbacd106f4ca25b53ab |
| 157 | wish.com/merchant/545a5bfc1280fa61ab2430f3 | 158 | wish.com/merchant/58252cedfef409535703c1f7 |
| 159 | wish.com/merchant/58ecac8e8a46c1491ae0ccaf | 160 | wish.com/merchant/56430ba2279eca15e109ab66 |
| 161 | wish.com/merchant/5982d8ad4b913a100694c76d | 162 | wish.com/merchant/53ee4e6f1c105e58ea952270 |
| 163 | wish.com/merchant/5558c134f3f1b50e99147293 | 164 | wish.com/merchant/5ac63b3f18435433df6d243c |
| 165 | wish.com/merchant/55bd8b7bf0a7ae6719821b53 | 166 | wish.com/merchant/591aac5771a2f21847083483 |
| 167 | wish.com/merchant/55a5e462e9f0a95602935bd9 | 168 | wish.com/merchant/541ce93b82b9ac6cef998d33 |
| 169 | wish.com/merchant/56af709c0dbb0b0ee81bd0f6 | 170 | wish.com/merchant/54bde8d76ad1754366e53530 |
| 171 | wish.com/merchant/5593706d2cd3194061c64aae | 172 | wish.com/merchant/546f452b8edcfa120e1f4a6b |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 173 | wish.com/merchant/58cf77407128705 04d44f0ca | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | neptrade.top | 2 | imwtrade.top |
| 3 | kdetrade.top | 4 | yutsiscenter.com |
| 5 | yourhealthzone.org | 6 | oakhavenauto.com |
| 7 | winnerfamily.net | 8 | yahoolacherokeemuseum.com |
| 9 | hqkshop.top | 10 | thegoldvault.us |
| 11 | veriturkiye.com | 12 | wmiycocreate.com |
| 13 | desmoinesriverwt.com | 14 | weltyforschoolboard.com |
| 15 | wellthatisjustfabulous.com | 16 | vmcomponents.com |
| 17 | versairt.xyz | 18 | versaceshops.xyz |
| 19 | versaceindirim.com | 20 | veles-kemer.com |
| 21 | underwater-arts.com | 22 | tverstroydom.com |
| 23 | transgruasrmarquez.com | 24 | tovipshop.com |
| 25 | topshopss.club | 26 | topkickss.net |
| 27 | theoneandonlyalexander.com | 28 | meredithlorimar.com |
| 29 | technicalservicerichter.com | 30 | tajske-masaze.mobi |
| 31 | magicshotkitchen.com | 32 | suncani-most.com |
| 33 | storevibram.com | 34 | squawkglobal.com |
| 35 | solylunabirmingham.com | 36 | smoothierecipes.mobi |
| 37 | shubhamhall.com | 38 | rnjchocolates.com |
| 39 | servihouse.co | 40 | seakaa.org |
| 41 | sbfproject.com | 42 | savagetaxlegal.com |
| 43 | sandhas-heizung.com | 44 | departurebulletin.com |
| 45 | rudrakshorg.org | 46 | rssewingsolutions.com |
| 47 | replicateam.com | 48 | replicashopsure.com |
| 49 | replicabagsales.com | 50 | premierdigitalpresence.com |
| 51 | pregnancyproject-ny.org | 52 | pokettomedia.com |
| 53 | piotrdomagala.com | 54 | piefactoryriverview.com |
| 55 | phoneprideworldwide.com | 56 | philippabayliss.com |
| 57 | mirrorimageandstyle.com | 58 | parkettjob.org |
| 59 | paguetout.com | 60 | osegredodoemagrecimento.com |
| 61 | tsksolar.com | 62 | onlyhandbagsreplica.com |
| 63 | nzrexport.com | 64 | nyikafoodtrust.org |
| 65 | npcpanama.com | 66 | ninnikuranounavi.com |
| 67 | facebags02.com | 68 | dx1.us |

9

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 69 | booksnmakeup.com | 70 | nadirshahariar.com |
| 71 | my7tips.com | 72 | muhammedbozdag.org |
| 73 | cyclinggearexpress.com | 74 | mipahs.org |
| 75 | lanhamfarms.com | 76 | mertceuic.org |
| 77 | medicalcareernews.com | 78 | maisonderevebenin.com |
| 79 | mafiagames.org | 80 | maddogsbishop.com |
| 81 | macdanzigphotography.com | 82 | ls-jbones.com |
| 83 | cardsharkisland.com | 84 | limonbahcemiz.com |
| 85 | lickylatex.com | 86 | monicapetra.com |
| 87 | lakefinancenews.com | 88 | lahainaumc.org |
| 89 | lacasadegrund.com | 90 | kumarprints.com |
| 91 | kttihs.com | 92 | geinoujin-tanjoubi.com |
| 93 | kristinamaddenmedia.com | 94 | koolcelebs.com |
| 95 | kojima-web.com | 96 | kkvalves.com |
| 97 | kjhgvj.club | 98 | kissreplicafashion.com |
| 99 | kingofnowhere.co | 100 | kellerhalspc.com |
| 101 | keeponlovinglife.com | 102 | joygrassservices.com |
| 103 | jojosvegankitchen.com | 104 | jnjspeedshop.com |
| 105 | jazzdoga.com | 106 | izmirtesisatci.org |
| 107 | izbilfu.com | 108 | isguvenligibizde.com |
| 109 | favelaofficial.com | 110 | indovisiondepok.com |
| 111 | indirplay.com | 112 | inbangmau.com |
| 113 | ijp-pij.org | 114 | iaswgpennchapter.com |
| 115 | iamnohero.com | 116 | leadertvshow.com |
| 117 | online7a.com | 118 | helloshelly.com |
| 119 | guessthelogo.org | 120 | gslegalconsult.com |
| 121 | goodreplicamarket.com | 122 | gogoyeezy.net |
| 123 | go2tennisladder.com | 124 | giulianacucinelli.com |
| 125 | giftainment.com | 126 | gastonclub.com |
| 127 | gammaphiboston.com | 128 | futureofsalesisnow.com |
| 129 | freewordmin.com | 130 | frackthemovie.com |
| 131 | formacionyoficios.com | 132 | fmtphotoart.com |
| 133 | flashbannerstemplate.com | 134 | fineartdreams.net |
| 135 | fashionoutnet.com | 136 | fashionbagseason.com |
| 137 | fakel-podolsk.com | 138 | evreux-info.org |
| 139 | emrahcapar.com | 140 | elsowingseeds.com |
| 141 | oliviamsoleil.com | 142 | elhammraeco-lodge.com |
| 143 | elasticpavements.com | 144 | eficienciaenergeticainmonorte.com |
| 145 | dreamsofawanderess.com | 146 | dos-angeles-filmproduction.com |
| 147 | donizfotografos.com | 148 | emmasnyc.com |

10

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 149 | djverseatile.com | 150 | djmehmetaslan.com |
| 151 | diversityhoteles.com | 152 | divat2018.com |
| 153 | directmensb.com | 154 | dhkerby.com |
| 155 | devscraft.com | 156 | devonchannelranger.org |
| 157 | designaftab.com | 158 | dayoutmerced.com |
| 159 | davidpdrsn.com | 160 | dateselfiegirls.com |
| 161 | mistycreations.net | 162 | darienlakeonline.com |
| 163 | danieljarviegolf.com | 164 | da-electrical.com |
| 165 | cohacasb.com | 166 | ctnara.com |
| 167 | creatship.com | 168 | craigeastmanphoto.com |
| 169 | craigcliffordart.com | 170 | countyhomeinspectionblog.com |
| 171 | countrygirlquilting.com | 172 | coolagainman.com |
| 173 | conexionesinternacional.com | 174 | concertflasks.com |
| 175 | comamornolar.com | 176 | clusterheads.org |
| 177 | clubtriatloncidadedelugofluvial.org | 178 | ravenbaseballcamps.com |
| 179 | nostalgiatoscana.com | 180 | chefabigale.com |
| 181 | cheap777.com | 182 | chaletstu.com |
| 183 | cavegirlstuff.com | 184 | cavdaroglusondaj.com |
| 185 | canadapharmnem.com | 186 | canada123annonces.com |
| 187 | campfirejukebox.com | 188 | campadventuremuncie.org |
| 189 | buymyhousenow.org | 190 | buffalorivertheater.com |
| 191 | boothdentallab.com | 192 | blackcreekbistrohartsville.com |
| 193 | bisnismix.com | 194 | bestreplicasever.co |
| 195 | bestinmyanmar.com | 196 | bestcampingchecklist.com |
| 197 | beelinelive.com | 198 | basketbolmalzemeleri.com |
| 199 | basiclinuxhosting.com | 200 | basames.shop |
| 201 | fasttekmi.com | 202 | bailarinasperu.com |
| 203 | assegurances-alta-anoia.com | 204 | aslongasyourehere.com |
| 205 | arriendosvillarrica.com | 206 | applianceinstallpros.com |
| 207 | annsechtaibi.com | 208 | bartenderloop.com |
| 209 | anbauwand.org | 210 | alpha-b-drapeaux.com |
| 211 | alicelaurisonsports.com | 212 | alakitchenmarkham.com |
| 213 | agonzalezart.com | 214 | agentelomerespray.com |
| 215 | aganpulsa.com | 216 | af1shoes.com |
| 217 | adefplus-rochefort.com | 218 | adamcorns.com |
| 219 | 79level.com | 220 | 3dwallcovering.com |
| 221 | 37blueberrylake.com | 222 | 1800houseantiques.com |