IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.P.A., <br><br> Plaintiff, <br><br> v. <br><br> XIE JI PING, et al., <br><br> Defendants. | Case No. 18-cv-07578 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gianni Versace, S.p.A. hereby dismisses this action with leave to reinstate within one hundred and eighty (180) days against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Ningbo Jamick Clothing Company | 379 |
| Z&L | 394 |

Dated this 15th day of March 2019.

Respectfully submitted,

/s/ Justin R. Gaudio
Paul G. Juettner
Justin R. Gaudio
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law

*Counsel for Plaintiff Gianni Versace S.P.A.*