# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

GIANNI VERSACE, S.P.A.,

                Plaintiff,

v.

XIE JI PING, et al.,

                Defendants.

Case No. 18-cv-07578

**Judge Jorge L. Alonso**

**Magistrate Judge Jeffrey Cole**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 17, 2019 [48], in favor of Plaintiff Gianni Versace, S.p.A. ("Plaintiff" or "Versace") and against the Defendants Identified in Schedule A in the amount of one million dollars ($1,000,000) per Defaulting Defendant for willful use of counterfeit Versace Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Versace acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Eagle | 358 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 10th day of May 2019.         Respectfully submitted,

Paul G. Juettner
Justin R. Gaudio
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Gianni Versace S.P.A.*

Subscribed and sworn to me by Abby M. Neu, on this 10th day of May 2019.

Given under by hand and notarial seal.

ALYSSA GUYNN
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 16, 2022

Notary Public

State of Illinois
County of Cook

2